

**MAGEE GOLDSTEIN
LASKY & SAYERS** PC

ATTORNEYS

November 18, 2009

VIA FACSIMILE
434-847-8401

Attention: Barbara Okes
The Chambers of the Honorable William E. Anderson

    Re:    Kevin A. Mele, PC, Certified Public Accountant v. James G. Fields
             Chapter 7 Case No. 09-62154
             Adversary Proceeding Case No. 09-06112

Dear Ms. Okes,

    The above referenced adversary proceeding is set for a pretrial conference tomorrow, November 19, 2009 in Lynchburg. However, Jeffrey A. Fleischhauer, JD, MBA as counsel for Kevin A. Mele and myself as counsel for James G. Fields have agreed to continue the pretrial conference to December 10, 2009 at 10:00 am. Therefore the matter may be removed from the docket for tomorrow. If you have any questions, please feel free to contact me.

                              Sincerely,

                              Garrren R. Laymon, Esq.

cc:    Jeffrey A. Fleischhauer, JD, MBA (via facsimile)

P.O. Box 404  Roanoke, Virginia 24003-0404  |  310 First Street, S.W., Suite 1200  Roanoke, Virginia 24011  |  540.343.9800  |  540.343.9898 fax
www.mglspc.com